613 A.2d 1208

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**William Mike FIORE, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 14, 1992.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is granted. The order of the Superior Court, 407 Pa.Super. 644, 584 A.2d 1046, is reversed in light of this Court's decision in *Commonwealth v. Zdrale,* 530 Pa. 313, 608 A.2d 1037 (1992).

LARSEN, ZAPPALA and CAPPY, JJ., did not participate in the consideration or decision of this matter.